UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-06637 SJO (AFMx) | Date | October 13, 2016 |
|---|---|---|---|
| Title | John Sloatman III v. Collecto, Inc. | | |

Present: The Honorable    JAMES OTERO, Judge presiding

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    IN CHAMBERS :

The Court has reviewed the Notice of Settlement [ECF #7] filed 10/07/2016, indicating that the parties have reached a settlement in principle and are currently preparing a settlement agreement, and requesting that the Court allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. Accordingly, the Court sets a Status Conference and an Order to Show Cause re Dismissal hearing on Monday, November 28, 2016 @ 8:30 a.m. The parties shall file a joint status report by September 21, 2016. If the parties file the appropriate dismissal pursuant to F.R.C.P. 41 prior to this hearing date, the Status Conference and OSC hearing will be vacated.

|  |  : |  |
|---|---|---|
| | Initials of Preparer | vpc |