**Law Offices of Todd M. Friedman, P.C.**
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SLOATMAN III,** | Case No. 2:16-cv-06637-SJO-AFM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **COLLECTO, INC.** dba **EOS CCA,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 17th day of November, 2016.

        By:    s/Todd M. Friedman
                  Todd M. Friedman, Esq.
                  Law Offices of Todd M. Friedman, P.C.
                  Attorney for Plaintiff

Filed electronically on this 17th day of November, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 17th day of November, 2016, via the ECF system to:

Honorable S. James Otero
United States District Court
Central District of California

Alex Augustine Wade
Carlson and Messer LLP

David J Kaminski
Carlson and Messer LLP

This 17th day of November, 2016.
By: s/Todd M. Friedman
     Todd M. Friedman

Notice of Dismissal - 2